UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05 11579 EFH

| | |
|---|---|
| MAURICE LARIVIERE, <br> Plaintiff | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| JOSEPH SOLOMON, Individually, and as <br> Chief of Police of the City of Methuen, <br> JOSEPH ALAIMO, Individually and as <br> Deputy Chief of Police of the City of Methuen, and <br> THE CITY OF METHUEN <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter our appearance as Counsel on behalf of the Defendants, Joseph Solomon, Joseph Alaimo and the City of Methuen, in connection with the above-captioned matter.

Respectfully submitted,

The Defendants
JOSEPH SOLOMON, JOSEPH ALAIMO
and the CITY OF METHUEN,

By their attorneys,

William P. Breen, Jr., Esq., BBO #558768
Rebecca L. Andrews Esq., BBO #644846
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02110
(617) 479-5000

Dated: July 27, 2005

## ERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 27th day of July 2005, he served a copy of the foregoing document, via first class mail, upon the following:

Carmine W. DiAdamo
William H. DiAdamo
DiAdamo Law Office LLP
40 Appleton Way
Lawrence, MA 01840

William P. Breen, Jr.