UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAURICE LARIVIERE,<br>    Plaintiff,<br><br>v.<br><br>JOSEPH SOLOMON, individually and as Chief of Police for the City of Methuen, JOSEPH ALAIMO, individually and as Deputy Chief of Police for the City of Methuen and THE CITY OF METHUEN,<br>    Defendants. | C.A. No.: 05-11579EFH |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel appearing on behalf of Defendants Joseph Solomon and Joseph Alaimo in connection with the above-captioned matter.

DEFENDANTS JOSEPH SOLOMON AND
JOSEPH ALAIMO
By their attorney,

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 654690