UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| JOSEPH SOLOMON, individually, and as | ) |
|    Chief of Police of the City of Methuen, and | ) |
| JOSEPH ALAIMO, individually, and as | ) |
|    Assistant Chief of Police of the City of Methuen, and | ) |
| THE CITY OF METHUEN | ) |
| | ) |
| Defendants. | ) |
| | ) |

ASSENTED TO MOTION TO EXTEND THE TIME FOR PLAINTIFF
TO OPPOSE DEFENDANTS' MOTION TO DISMISS

The Plaintiff Maurice Lariviere hereby respectfully requests this Court to extend the date for plaintiff to oppose the defendants' motion to dismiss from September 2, 2005 to September 12, 2005. As reasons in support, the plaintiff states as follows:

1. The defendants assent to this motion.

2. Upon information and belief, the defendants efiled their Motion to Dismiss and Memorandum in Support on August 19, 2005. However, plaintiff's counsel did not get notice of the filing at that time because the e-mail address on file with the Court is out of date and has not been active for well over a year.

3. Plaintiffs counsel first learned of the filing on August 29, 2005 and at that time were e-mailed a copy of the motion by defense counsel.

4. Upon request, defense counsel agreed to extend the time for plaintiffs to oppose the motion until 14 days after receipt, which is September 12, 2005.

1

5.      Neither the parties nor this Court will be prejudiced by allowance of this motion.

A scheduling conference has been set for November 8, 2005.

WHEREFORE, plaintiff respectfully requests this court to enlarge the time to file an opposition to September 12, 2005.

                                    Plaintiff,
                                    MAURICE LARIVIERE
                                    By his attorneys,

/s/ William H. DiAdamo
_____
Carmine W. DiAdamo
BBO#122960
William H. DiAdamo
 BBO#558883
DiAdamo Law Office LLP
40 Appleton Way
Lawrence, MA 01840

Dated: August 31, 2005            (978) 685-4271

Assented to by:

/s/ William P. Breen
_____
William P. Breen, Esq.
 BBO#558768
Rebecca L. Andrews, Esq.
 BBO#644846
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02110
617-479-5000