## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MAURICE LARIVIERE,
        Plaintiff

        v.                                  CIVIL ACTION NO.:
                                            05-11579-EFH

JOSEPH SOLOMON, ET AL.,
        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **O R D E R**

October 11, 2005

HARRINGTON, S.D.J.

    Upon review of the documents submitted in this case, the Court rules as follows:

1.     The Court denies Motion to Dismiss as to Count I;

2.     The Court grants Motion to Dismiss as to City of Methuen as to Count II;

3.     The Court denies Motion to Dismiss as to individual defendants as to Count II;

4.     The Court grants Motion to Dismiss as to City of Methuen as to Count III;

5.     The Court denies Motion to Dismiss as to individual defendants as to Count III;

6.     The Court grants Motion to Dismiss as to Count IV;

7.     The Court grants Motion to Dismiss as to City of Methuen as to Count V; and

8.     The Court denies Motion to Dismiss as to individual defendants as to Count V.

SO ORDERED.

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge