COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.                                                                 SUPERIOR COURT
                                                                           CIVIL ACTION No. 05-11579C

| | |
|---|---|
| MAURICE LARIVIERE,<br><br>     Plaintiff<br>v.<br><br>JOSEPH SOLOMON, individually, and as<br> Chief of Police of the City of Methuen, and<br>JOSEPH ALAIMO, individually, and as<br> Deputy Chief of Police of the City of Methuen, and<br>THE CITY OF METHUEN<br><br>     Defendants. | **RULE 16.1 PROPOSED<br>PRETRIAL SCHEDULE** |

The parties hereby respectfully submit the following proposed pretrial schedule:

1. Joint Discovery Plan

   a. The parties will submit no more than 25 interrogatories and/or a request for production of documents to the opposing party by January 13, 2006. Answers to said interrogatories and the document response will be provided no later than February 27, 2006.

   b. Plaintiff intends to conduct depositions of the following individuals, which will be completed on or before June 30, 2006:

      i. Joseph Solomon

      ii. Joseph Alaimo

      iii. Sharon Pollard

      iv. Fulya Metin

      v. Michael Wnek

     vi. David Bain

    Plaintiff further reserves the right to conduct additional depositions and/or other discovery depending on the responses received to his discovery requests. Said additional discovery will be completed on or before July 31, 2006.

  c. Defendants intend to conduct depositions of the following individuals, which will be completed on or before June 30, 2006:

      i. Maurice Larivere

    Defendants further reserve the right to conduct additional depositions and/or other discovery depending on the responses received to their discovery requests. Said additional discovery will be completed on or before July 31, 2006.

2. Filing of Motions

The parties will submit motions, including but not limited to motions for summary judgment, by September 15, 2006.

3. Certification of Counsel

Council and an authorized representative agent of each party hereby certify that they have conferred with a view to establishing a budget for the cost of conducting a full course in various alternative courses of the litigation; and to consider the resolution of the litigation to the use of alternative dispute resolution programs.

3

| | |
|---|---|
| Plaintiff, | Defendants |
| MAURICE LARIVIERE | Joseph Solomon, et al. |
| By his attorneys | By their attorneys |
| /s/ | /s/ |
| _____ | _____ |
| Carmine W. DiAdamo | William P. Breen |
|  BBO#122960 |  BBO#558768 |
| William H. DiAdamo | Rebecca L. Andrews |
|  BBO#558883 |  BBO#644846 |
| DiAdamo Law Office LLP | Murphy, Hesse, Twomey & Lehane, LLP |
| 40 Appleton Way | 300 Crown Colony Drive |
| Lawrence, MA 01840 | Quincy, MA 02110 |
| (978) 685-4271 | (617) 479-5000 |
| Plaintiff, | Defendants, |
| /s/ | /s/ |
| _____ | _____ |
| Maurice Lariviere | Authorized Representatice |