UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11579EFH

|  |  |
|---|---|
| MAURICE LARIVIERE,<br>　　Plaintiff<br><br>vs.<br><br>JOSEPH SOLOMON, Individually, and as<br>Chief of Police of the City of Methuen,<br>JOSEPH ALAIMO, Individually and as<br>Deputy Chief of Police of the City of Methuen, and<br>THE CITY OF METHUEN<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

Rebecca L. Andrews hereby serves notice of her withdrawal of appearance as counsel for Defendants City of Methuen, Joseph Solomon and Joseph Alaimo.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Rebecca L. Andrews
　　　　　　　　　　　　　　　　　　　　Rebecca L. Andrews, Esq., BBO #644846
　　　　　　　　　　　　　　　　　　　　Murphy, Hesse, Toomey & Lehane, LLP
　　　　　　　　　　　　　　　　　　　　300 Crown Colony Drive, Suite 410
　　　　　　　　　　　　　　　　　　　　Quincy, MA 02110
　　　　　　　　　　　　　　　　　　　　(617)479-50000

Date:　March 9, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 9, 2006.

                                                /s/ Rebecca L. Andrews
                                                Rebecca L. Andrews