UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-1155C

|  |  |
|---|---|
| MAURICE LARIVIERE,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for defendants, JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN, in the above-captioned action.

　　　　　　　　　　　　　　　　　　_/s/ Gareth W. Notis_____
　　　　　　　　　　　　　　　　　　Gareth W. Notis- BBO #637814
　　　　　　　　　　　　　　　　　　**MORRISON MAHONEY LLP**
　　　　　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　(617) 439-7500

990677v1