UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE,<br>      Plaintiff,<br><br>v.<br><br>JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN,<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL**

Please withdraw the appearances of **William P. Breen, Jr., Esquire and Rebecca L. Andrews, Esquire** as attorneys for the defendants, JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN, in the above-entitled case.

                                                            */s/ William P. Breen, Jr.*
                                                            William P. Breen, Jr.,  BBO#: 558768
                                                           Rebecca L. Andrews, BBO#: 644846
                                                           **MURPHY, HESSE, TOOMEY & LEHANE, LLP**
                                                           300 Crown Colony Drive, Suite 410
                                                           Quincy, MA 02269-9126
                                                           (617) 479-5000