UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11579EFH

|  |  |
|---|---|
| MAURICE LARIVIERE,<br>　　　　Plaintiff,<br><br>v.<br><br>JOSEPH SOLOMON, Individually, and as Chief<br>of Police of the city of Methuen, JOSEPH<br>ALAIMO, Individually and as Deputy Chief of<br>Police of the City of Methuen, and THE CITY OF<br>METHUEN,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION OF THE DEFENDANTS, JOSEPH SOLOMON AND JOSEPH ALAIMO, TO COMPEL PRODUCTION OF DOCUMENTS FROM THE PLAINTIFF, MAURICE LARIVIERE, AND ANSWERS TO INTERROGATORIES

The defendants, Joseph Solomon and Joseph Alaimo, respectfully move this Court for an Order compelling the plaintiff, Maurice Lariviere, to serve Answers to Interrogatories and a Rule 34 Response. In support of this motion, the defendants' state:

1. The defendants served their discovery requests in the form of a Request for Production of Documents to plaintiff, Maurice Lariviere, and Interrogatories to the plaintiff, Maurice Lariviere, on March 3, 2006 and the time for answering the discovery requests has long since expired.

2. No extensions for the time to provide responses to the written discovery requests has been sought nor given.

3. No document response has been served on behalf of the plaintiff, Maurice Lariviere.

4. No Answers to Interrogatories have been served on behalf of the plaintiff, Maurice Lariviere.

The defendants further rely upon the attached Memorandum of Law in support of this motion.

**WHEREFORE**, the defendants, Joseph Solomon and Joseph Alaimo, respectfully request that this Court order the plaintiff, Maurice Lariviere, to serve his Rule 34 document response and answers to interrogatories within ten (10) days of this Order.

    Respectfully submitted,
    The Defendants,
    **Joseph Solomon and Joseph Alaimo**
    By their Attorneys,

    /s/ Gareth W. Notis
    Gareth W. Notis - BBO #637814
    250 Summer Street
    Boston, MA 02210
    (617) 439-7500

    **AND**

    /s/ Andrew J. Gambaccini
    Andrew J. Gambaccini, Esq.
    Reardon, Joyce & Akerson, P.C.
    397 Grove Street
    Worcester, MA 01605

### Certificate of Service

I certify that this document has been served upon all counsel of records in compliance with the F.R.C.P. this 23rd day of June, 2006.

    /s/ Gareth W. Notis
    Gareth W. Notis