UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE,<br>Plaintiff,<br><br>v.<br><br>JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANTS, JOSEPH SOLOMON AND JOSEPH ALAIMO, TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES FROM THE PLAINTIFF, MAURICE LARIVIERE**

The defendants, Joseph Solomon and Joseph Alaimo, respectfully move this Court for an Order compelling the plaintiff, Maurice Lariviere, to respond to the Rule 34 Request for Production of Documents and to provide answers to interrogatories.

On March 3, 2006, the defendants served a set of interrogatories (See Exhibit A) pursuant to Fed. R. Civ. P. 33 on the plaintiff, Maurice Lariviere, and a request for production of documents upon the plaintiff, Maurice Lariviere (See Exhibit B) pursuant to Fed. R. Civ. P. 34. To date, the plaintiff has failed to provide a response to the written discovery requests. No extensions for the time to provide responses to the written discovery requests has been sought nor given.

An Order compelling a response forthwith is necessary to enable the defendants to prepare their defenses to the plaintiff's claims. To date, the defendants have refrained from

taking the plaintiff's deposition in light of the failure of the plaintiff to respond to written discovery requests.

## ARGUMENT

The time for responding to the interrogatories and document request served upon the plaintiff has expired. See Fed.R.Civ.P. 33(a) and 34. The plaintiff has neither answered nor objected to any of the interrogatories or document requests. Under the circumstances, a motion to compel is appropriate. See Fed.R.Civ.P. 37(a).

The failure to file answers or objections to discovery requests within the specified time constitutes a waiver of all objections by the answering party. Attorney General v. Bodimetric Profile, 404 Mass. 152, 154-155 (1989). Federal decisions interpreting Rule 33 of the Federal Rules of Civil Procedure, which are identical to Mass.R.Civ.P. 33, concur. Marx v. Kelly, Hart and Hallman, P.C., 929 F.2d 8, 12 (1st Cir. 1991) (failure to file objections to requests for production of documents held to constitute waiver of objections); Davis v. Fendler, 650 F.2d 1154, 1160 (9th Cir., 1981) (failure to file objections within specified period in Fed.R.Civ.P. 33 constitutes waiver); Krewson v. City of Quincy, 120 F.R.D. 6, 7 (D. Mass. 1988) (failure to file timely objections to document requests held to constitute waiver of objections); Perry v. Golub, 74 F.R.D. 360, 363 (N.E.L. la. 1976) (imposing sanctions in holding objections to requests for production of documents filed at the court compelling production untimely and waived).

The construction given to Fed.R.Civ.P. is to be given to the identical Massachusetts rule, absent compelling reasons to the contrary. Rollins Environmental Services, Inc. v. Superior Court, 368 Mass. 174, 179-180 (1975). No compelling reasons to the contrary are present in the instant case. Accordingly, any objections to the discovery requests have been waived by the

failure to file responses within the time allotted by Fed.R.Civ.P. 33(a) and 34. Consequently, objections interposed at this time are improper, and should be prohibited.

## CONCLUSION

For the foregoing reasons, the defendants, Joseph Solomon, Joseph Alaimo and City of Methuen, respectfully move this Court to order the plaintiff, Maurice Lariviere, to serve his Rule 34 document response and to serve answers to interrogatories within ten (10) days of this Order.

Respectfully submitted,
The Defendants,
**Joseph Solomon and Joseph Alaimo**
By their Attorneys,

/s/ Gareth W. Notis
Gareth W. Notis - BBO #637814
250 Summer Street
Boston, MA 02210
(617) 439-7500

**AND**

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini, Esq.
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605

### Certificate of Service

I certify that this document has been served upon all counsel of records in compliance with the F.R.C.P. this 23rd day of June, 2006.

/s/ Gareth W. Notis
Gareth W. Notis