UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE,<br>    Plaintiff,<br><br>v.<br><br>JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**LOCAL RULE 7.1 CERTIFICATION IN SUPPORT OF MOTION OF THE DEFENDANTS, JOSEPH SOLOMON AND JOSEPH ALAIMO TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES FROM THE PLAINTIFF, MAURICE LARIVIERE,**

On June 9, 2006, I, Gareth W. Notis, had a telephone conference with counsel for the plaintiff, William DiAdamo, requesting the plaintiff's discovery responses and informing him of the defendants' intention to file a motion to compel if the discovery responses were not provided.

/s/ Gareth W. Notis
Gareth W. Notis, BBO# 637814

Dated: June 23, 2006

**Certificate of Service**

I certify that this document has been served upon all counsel of records in compliance with the F.R.C.P. this 23rd day of June, 2006.

/s/ Gareth W. Notis
Gareth W. Notis