UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11579EFH

|  |  |
|---|---|
| MAURICE LARIVIERE,<br>      Plaintiff,<br>v.<br><br>JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN,<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO EXTEND DISCOVERY PERIOD AND CONTINUE PRE-TRIAL CONFERENCE

The parties hereby jointly move the Honorable Court to extend the discovery time period for this matter and reschedule the final Pre-Trial Conference in this matter. In support of this motion, the parties state the following facts:

## FACTS

This is an action in which the plaintiff, Maurice Lariviere, alleges that the defendants, Joseph Alaimo and Joseph Solomon, violated his civil rights by forcing him to resign from his position as City Solicitor for the City of Methuen. The plaintiff's Amended Complaint contains a count for coercion against the defendant, City of Methuen. The defendants' deny the plaintiff's allegations. Pursuant to the pre-trial schedule order submitted by the parties' at the scheduling conference in this matter, depositions were scheduled to be completed by July 31, 2006. The parties scheduled the deadline for submission of Motions for Summary Judgment for September 15, 2006. The Court has scheduled a Pre-Trial Conference for this matter for November 14, 2006 at 11:00 a.m.

1013846v1

The parties have scheduled eight (8) depositions in this matter. Due to the schedules of the deponents and the attorneys, the parties have been unable to complete the depositions. The parties have exchanged and completed written discovery. The parties anticipate that they will need until November 30, 2006 to complete depositions in this matter. The parties propose for the deadline for filing of Motions for Summary Judgment be continued until February 15, 2007. The parties request that the Court scheduled a Pre-Trial Conference for sometime in March 2007.

## ARGUMENT

As grounds for this Motion, the parties state that they have been diligently engaged in discovery. Written discovery has been exchanged and answered by the parties. Because of the number of witnesses involved and the number of attorneys, it has been difficult to schedule discovery events. This is the first request by the parties to extend the discovery period and pre-trial deadlines.

The parties request that this Court continue the discovery deadline until November 30, 2006 and the time for filing of Motions for Summary Judgment until February 15, 2007. The allowance of this motion will not result in prejudice to any parties and will benefit judicial economy by allowing the parties to be prepared to schedule a firm trial date at the Pre-Trial Conference.

WHEREFORE, the parties request that this Honorable Court allow this motion and adjust the discovery and pre-trial deadlines accordingly.

| | |
|---|---|
| The Defendants,<br>**Joseph Solomon and Joseph Alaimo**<br>By their Attorneys, | The Plaintiff,<br>**Maurice Lariviere**<br>By his Attorney |
| /s/ *Gareth W. Notis*<br>Gareth W. Notis - BBO #637814<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210 | /s/ *William H. DiAdamo*<br>William H. DiAdamo, BBO#<br>DiAdamo Law Office LLP<br>40 Appleton Way<br>Lawrence, MA 01840 |

The Defendants,
**Joseph Solomon and Joseph Alaimo**
By their Attorneys,

/s/ *Andrew J. Gambaccini*
Andrew J. Gambaccini, BBO #: 654690
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 27[h] day of July 2006.

/s/ *Gareth W. Notis*
Gareth W. Notis

1013846v1