UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MAURICE LARIVIERE,
    Plaintiff

  v.

JOSEPH SOLOMON, ET AL.,
    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CIVIL ACTION NO.:
05-11579-EFH

### REVISED FINAL PRETRIAL CONFERENCE ORDER

August 2, 2006

HARRINGTON, S.D.J.

The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Wednesday, March 14, 2007  .

SO ORDERED.

          /s/ Edward F. Harrington
          EDWARD F. HARRINGTON
          United States Senior District Judge