UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MAURICE LARIVIERE,
     Plaintiff

     v.          CIVIL ACTION NO.:
                05-11579-EFH

JOSEPH SOLOMON, ET AL.,
     Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

January 24, 2007

HARRINGTON, S.D.J.

  Upon review of the record, the Court grants Plaintiff's Motion to Amend the Complaint and grants Defendants' Motion to Extend Discovery to June 14, 2007 and schedules a Revised Final Pretrial Conference date for **Thursday, June 21, 2007**, at 11:00 A.M. in Courtroom No. 13 on the Fifth Floor.

  SO ORDERED.

                /s/ Edward F. Harrington
                EDWARD F. HARRINGTON
                United States Senior District Judge