UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11579EFH

|  |  |
|---|---|
| MAURICE LARIVIERE,<br>　　　　Plaintiff,<br><br>v.<br><br>JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF THE DEFENDANTS, JOSEPH SOLOMON, JOSEPH ALAIMO AND CITY OF METHUEN, TO COMPEL PRODUCTION OF DOCUMENTS FROM THE PLAINTIFF, MAURICE LARIVIERE, AND ANSWERS TO INTERROGATORIES**

The defendants, Joseph Solomon, Joseph Alaimo and City of Methuen, respectfully move this Court for an Order compelling the plaintiff, Maurice Lariviere, to serve Answers to Interrogatories and a Rule 34 Response.  In support of this motion, the defendants' state:

1.　The defendants served their discovery requests in the form of a Second Request for Production of Documents to plaintiff, Maurice Lariviere, and a Second Set of Interrogatories to the plaintiff, Maurice Lariviere, on February 27, 2007 and the time for answering the discovery requests has long since expired.

2.　No extensions for the time to provide responses to the written discovery requests has been sought nor given.

3.　No document response has been served on behalf of the plaintiff, Maurice Lariviere.

4.    No Answers to Interrogatories have been served on behalf of the plaintiff, Maurice Lariviere.

The defendants further rely upon the attached Memorandum of Law in support of this motion.

**WHEREFORE**, the defendants, Joseph Solomon, Joseph Alaimo and City of Methuen, respectfully request that this Court order the plaintiff, Maurice Lariviere, to serve his Rule 34 document response and answers to interrogatories within ten (10) days of this Order.

Respectfully submitted,
The Defendants,
**Joseph Solomon Joseph Alaimo and City of Methuen,**
By their Attorneys,

/s/ Gareth W. Notis
Gareth W. Notis - BBO #637814
250 Summer Street
Boston, MA 02210
(617) 439-7500

**AND**

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini, Esq.
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605

### Certificate of Service

I certify that this document has been served upon all counsel of records in compliance with the F.R.C.P. this 31st day of May, 2007.

/s/ Gareth W. Notis
Gareth W. Notis

1061516v1