UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11579EFH

|  |  |
|---|---|
| MAURICE LARIVIERE,<br>  Plaintiff,<br>v.<br><br>JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN,<br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT THAT EXCEEDS TWENTY (20) PAGES**

The defendants, Joseph Solomon, Joseph Alaimo and City of Methuen (hereinafter collectively referenced as "defendants"), hereby move this Honorable Court in accordance with Local Rule 7.1(B)(4) for leave to file a Memorandum of Law in support of their Motion for Summary Judgment that exceeds twenty (20) pages. In support of the instant Motion, the defendants state the following:

1. The defendants have file a Motion for Summary Judgment with an accompanying Memorandum of Law that is twenty-eight (28) pages in length.

2. The plaintiff's Second Amended Verified Complaint contains the following ten (10) counts:

  Count I: Constructive Discharge/Unlawful Termination against Methuen, Solomon and Alaimo;

  Count II: Intentional Infliction of Emotional Distress against Solomon and Alaimo;

|        |            |                                                                                          |
|--------|------------|------------------------------------------------------------------------------------------|
|        | Count III: | Violation of Massachusetts Civil Rights Act against Solomon and Alaimo;                  |
|        | Count IV:  | Violation of 42 U.S.C. §1983 against Solomon and Alaimo;                                 |
|        | Count V:   | Violation of 42 U.S.C. §1983 against Solomon and Alaimo in their Official Capacity;      |
|        | Count VI:  | Violation of 42 U.S.C. §1983 against Methuen;                                            |
|        | Count VII: | Intentional Interference With Contractual Relations against Methuen, Solomon and Alaimo; |
|        | Count VIII:| Conspiracy against Methuen, Solomon and Alaimo;                                          |
|        | Count IX:  | Deceit against Solomon and Alaimo; and                                                   |
|        | Count X:   | False Imprisonment against Solomon and Alaimo.                                           |

3. The plaintiff has filed the Second Amended Verified Complaint against three (3) defendants: Methuen, a municipality; and two (2) individuals, Solomon and Alaimo.

4. Rather than file a separate Motion and accompanying Memorandum of Law for the municipal defendant and the individual defendants, the defendants have consolidated their Motion and Memorandum of Law into one set of pleadings, even though the defendants assert independent arguments for virtually every count of the Second Amended Verified Complaint.

5. The consolidation of the Motion papers was done in the interests of judicial economy and conserved resources.

6. In light of the complexity and diversity of the legal allegations against the defendants, the length of the Memorandum is necessary to address all of the legal arguments entitling the defendants, in their view, to summary judgment.

7.  The plaintiff is not prejudiced by the additional length of the Memorandum of Law.

**WHEREFORE**, the defendants, Methuen, Solomon and Alaimo, respectfully move this Honorable Court in accordance with Local Rule 7.1(B)(4) for leave to file a Memorandum of Law in support of their Motion for Summary Judgment that exceeds twenty (20) pages

        Respectfully submitted,
        The Defendants,
        **City of Methuen, Joseph Solomon and Joseph Alaimo**
        By their Attorneys,

        */s/ Gareth W. Notis*
        Gareth W. Notis - BBO #637814
        Morrison Mahoney LLP
        250 Summer Street
        Boston, MA 02210

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 20th day of June 2007.

*/s/ Gareth W. Notis*