UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| JOSEPH SOLOMON, individually, and as | ) |
|    Chief of Police of the City of Methuen, and | ) |
| JOSEPH ALAIMO, individually, and as | ) |
|    Deputy of Police of the City of Methuen, and | ) |
| THE CITY OF METHUEN | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN OPPOSITION
IN EXCESS OF 20 PAGES**

Now comes the plaintiff Maurice Lariviere ("Lariviere") in the above-entitled action and hereby submits this Motion to File and Opposition to the Motion For Summary Judgment of the Defendants Joseph Solomon ("Solomon"), Joseph Alaimo ("Alaimo") and The City of Methuen ("Methuen")(collectively referred to hereinafter as "defendants") in Excess of 20 Pages. As reasons in support, the plaintiff states as follows:

1. Defendants sought and were granted, without opposition, leave to file their Motion in excess of 20 pages, and plaintiff merely seeks the same consideration in order to properly and completely address the arguments put forth by defendants.

2. The consolidation was done in the interests of judicial economy and conserved resources. Neither the parties nor this Court are prejudiced by allowance of this Motion.

WHEREFORE, plaintiff respectfully requests this Court for leave to file his Opposition in excess of 20 pages in accordance with Local Rule 7.1(B)(4).

        Plaintiff,
        By his attorneys,

        /s/
        _____
        Carmine W. DiAdamo
        BBO#122960
        William H. DiAdamo
        BBO#558883
        DiAdamo Law Office LLP
        40 Appleton Way
        Lawrence, MA 01840
        (978) 685-4271

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing and/or first class mail on July 20, 2007.

        /s/
        _____
        William H. DiAdamo