UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE,<br>    Plaintiff,<br>v.<br><br>JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO CONTINUE TRIAL

The parties hereby jointly move this Honorable Court to continue the trial date of this matter from November 13, 2007 until a mutually convenient date for the Court and the parties. In support of this motion, the parties states the following:

The Court has scheduled this matter for a trial on **November 13, 2007**. Prior to the assignment date of the trial date, counsel for the defendants, Joseph Solomon, Joseph Alaimo and City of Methuen, Gareth W. Notis, had planned a family vacation with his wife and two (2) daughters to Walt Disney World in Orlando, Florida that conflicts with the trial date. The allowance of this motion will not result in prejudice to any parties.

All counsel of record have conferred about a trial date convenient for the parties. The parties jointly propose that the Court continue the trial until the following date:

**Monday, December 10, 2007**;

The parties are available to attend a status conference in person or by phone to discuss a mutually convenient trial date with the Court.

1079649v1

     **WHEREFORE**, the parties jointly request that that Honorable Court allows this motion and continue the trial date until December 10, 2007 or schedule a status conference to discuss the trial date.

                          Respectfully submitted,

| The Plaintiff, | The Defendants, |
|---|---|
| **Maurice Lariviere**, | **City of Methuen, Joseph Solomon and Joseph Alaimo** |
| By his attorneys, | By their Attorneys, |
| | |
| _/s/ William H. DiAdamo_ | |
| Carmine W. DiAdamo, BBO#122960 | _/s/ Gareth W. Notis_ |
| William H. DiAdamo, BBO#558883 | Gareth W. Notis - BBO #637814 |
| DiAdamo Law Office LLP | Morrison Mahoney LLP |
| 40 Appleton Way | 250 Summer Street |
| Lawrence, MA 01840 | Boston, MA 02210 |
| (978) 685-4271 | |
| | **Joseph Solomon and Joseph Alaimo** |
| | By their Attorneys, |
| | |
| | _/s/ Andrew J. Gambaccini_ |
| | Andrew J. Gambaccini, BBO #: 654690 |
| | Reardon, Joyce & Akerson, P.C. |
| | 397 Grove Street |
| | Worcester, MA |

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 27th day of August 2007.

                          _/s/ Gareth W. Notis_
                          Gareth W. Notis