UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| MAURICE LARIVIERE,<br>   Plaintiff<br><br>v.<br><br>JOSEPH SOLOMON, Individually, and as<br>Chief of Police of the City of Methuen,<br>JOSEPH ALAIMO, Individually, and as<br>Deputy Chief of Police of the City of<br>Methuen, and THE CITY OF METHUEN,<br>   Defendants | C.A. No. 05-11579 EFH |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

  Please enter my appearance as Attorney for the Defendant City of Methuen, *only*, in the above-captioned action.

                  Respectfully submitted,
                  The Defendant,
                  CITY OF METHUEN,
                  By its attorneys,
                  **PIERCE, DAVIS & PERRITANO, LLP**

                  /s/ John J. Cloherty III
                  _____
                  John J. Cloherty III, BBO No. 566522
                  Ten Winthrop Square
                  Boston, MA 02110
                  (617) 350-0950

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record, by electronic mail.
10/01/07  John J. Cloherty III
_____ _____
  Date