UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE,<br>      Plaintiff,<br><br>v.<br><br>JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN,<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL**

Please withdraw the appearance of **Gareth W. Notis, Esquire** as attorney for the defendant, THE CITY OF METHUEN, **only** in the above-entitled case.

Respectfully submitted,

By its Attorneys,

/s/ Gareth W. Notis
Gareth W. Notis - BBO #637814
250 Summer Street
Boston, MA 02210
(617) 439-7500

**Certificate of Service**

I certify that this document has been served upon all counsel of records in compliance with the F.R.C.P. this 2nd day of October, 2007.

/s/ Gareth W. Notis
Gareth W. Notis

1087095v1