UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE, | ) |
| | ) |
|         Plaintiff | ) |
| v. | ) |
| | ) |
| JOSEPH SOLOMON, individually, and as | ) |
|    Chief of Police of the City of Methuen, and | ) |
| JOSEPH ALAIMO, individually, and as | ) |
|    Deputy of Police of the City of Methuen, and | ) |
| THE CITY OF METHUEN | ) |
| | ) |
|         Defendants. | ) |

**JOINT MOTION TO AMEND TRIAL ORDER**

The parties jointly request that the Trial Order issued on or about July 31, 2007 be amended to reflect the change of trial date from November 13, 2007 to January 7, 2008. More specifically, this case was originally scheduled for trial on November 13, 2007. In accordance with that date, this Court issued an order that required the parties to accomplish certain matters by certain dates. Subsequently, at the request of counsel, the case was continued for approximately 2 months to January 7, 2008. In addition, new counsel recently appeared for the City of Methuen.

Counsel therefore requests that the Order be revised to reflect that change as follows:

1

1. That the Stipulation, Statement of Issues to be Tried, and the names of the witnesses (expert and others) be set forth in writing, signed by the parties, and deposited with the clerk on or before December 7, 2007.

2. A list of proposed exhibits (photographs, documents, instruments, and all other objects) in order of their introduction to the Court shall be filed on or before December 14, 2007.

3. A party who intends to object to any proposed exhibit shall give written notice of the grounds of objection to the party offering the exhibit, and file a notice with the clerk on or before December 21, 2007.

4. A party who objects to the qualification of any expert witness shall give notice thereof to all other parties, and file a notice with the clerk on or before December 21, 2007.

5. A trial brief shall be filed on or before January 7, 2008.

6. Each party shall file requests for rulings when the case is called for trial and may supplement the requests if the evidence develops other than anticipated. Requests for rulings and/or requests for instructions to the jury must be filed on the first day of trial, January 7. 2008, at 9:30 am with authority for each proposed instruction.

| Plaintiff, | Defendants |
| By his attorneys, | By their attorney |
| /s/ | /s/ |
| Carmine W. DiAdamo | Gareth W. Notis |
| BBO#122960 | BBO# 637814 |
| William H. DiAdamo | Morrison Mahoney LLP |
| BBO#558883 | 250 Summer Street |
| DiAdamo Law Office LLP | Boston, MA 02110 |
| 40 Appleton Way | 617-737-8857 |
| Lawrence, MA 01840 | |
| (978) 685-4271 | |

| | |
|---|---|
| Defendants<br>Solomon and Alaimo<br>By their Attorney, | Defendant<br>City of Methuen<br>By their Attorney, |
| /s/ | /s/ |
| Andrew Gambaccini<br>BBO# 654690<br>Reardon, Joyce & Ackerson, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>508-754-7285 | John J. Cloherty, III<br>Pierce, Davis, Fahey & Perritano, LLP<br>Ten Winthrop Square<br>Boston, MA 02110<br>617-350-0950 |