UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE,<br>    Plaintiff,<br>v.<br><br>JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF DEFENDANTS, JOSEPH SOLOMON AND JOSEPH ALAIMO, TO NOTIFY COURT OF CONFLICT WITH TRIAL DATE**

The Defendants, Joseph Solomon and Joseph Alaimo, (hereinafter collectively referenced as the "Defendants"), hereby move this Honorable Court, through their counsel, Gareth W. Notis, to notify the Court of a potential conflict with the scheduled trial date of this matter, January 7, 2008.

1.  The Defendants' counsel, Gareth W. Notis, has been scheduled to begin a jury trial before the Honorable William G. Young in the matter of <u>Wohlgemuth et al v. Stoughton, Town of et al</u>, CA No. 06-cv-11729-WGY, on January 7, 2008.

2.  Counsel for the Defendants represents the Defendants, John Kowalczyk, Richard Levine and Scott Carrara, in the <u>Wohlgemuth</u> litigation.

3.  The Court originally scheduled a trial date in this matter of November 13, 2007.

4.  Upon the Motion of the Defendants, the trial was continued until January 7, 2008.

1098069v1

5. Prior to the Court changing the trial date in the instant matter, counsel had been scheduled for a jury trial before the Honorable William G. Young in the matter of <u>Wohlgemuth</u> to begin in January 2008.

6. While the <u>Wohlgemuth</u> matter is on the "rolling" trial list for Judge Young's docket for the month of January, 2008, on or about December 4, 2007, counsel for Defendants received a procedural order notifying counsel to be prepared for trial to begin on January 7, 2008.

6. The Defendants hereby move the Court to determine, in concert with the Honorable Judge William G. Young, which trial will begin on January 7, 2008.

4. Counsel for the Defendants will file a similar motion with the Court in the <u>Wohlegmuth</u> matter notifying the Court of the potential conflict.

**WHEREFORE**, Defendants hereby move to notify the Court of the potential conflict and move the Court to determine, in concert with the Honorable Judge William G. Young, which trial will begin on January 7, 2008 if there is a conflict on said day.

The Defendants,
Joseph Solomon and Joseph Alaimo
By their Attorneys,

<u>/s/ Gareth W. Notis</u>
Gareth W. Notis,  BBO# 637814
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210-1181
617-439-7500

1098069v1                                  2

# LOCAL RULE 7.1 CERTIFICATION IN SUPPORT OF MOTION OF DEFENDANTS, JOSEPH SOLOMON AND JOSEPH ALAIMO, TO NOTIFY COURT OF CONFLICT WITH TRIAL DATE

I, Gareth W. Notis, certify that I have conferred with counsel for all of the parties to this matter on this date in an attempt to narrow the issues presented in this motion pursuant to Local Rule 7.1.

/s/ *Gareth W. Notis*
Gareth W. Notis, BBO# 637814

Dated:  December 7, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the EFC System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 7th day of December, 2007.

/s/ *Gareth W. Notis*
Gareth W. Notis