UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| JOSEPH SOLOMON, individually, and as | ) |
| Chief of Police of the City of Methuen, and | ) |
| JOSEPH ALAIMO, individually, and as | ) |
| Deputy of Police of the City of Methuen, and | ) |
| THE CITY OF METHUEN | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATIONS, STATEMENT OF ISSUES AND WITNESS LIST**

Pursuant to this Court's Trial Order, the parties hereby submit the Stipulation, Statement of Issues to be Tried, and the names of the witnesses.

I.   STIPULATIONS

1.   Plaintiff Maurice Lariviere is a resident of Windham, New Hampshire. From May, 1980 until February 16, 2005, nearly 25 years, he was the city solicitor for the City of Methuen.

2.   Defendant Joseph Solomon is an individual who resides at Methuen, Massachusetts. At all times relevant hereto, he was the chief of police of the City of Methuen.

3.   Defendant Joseph Alaimo is an individual who resides at Methuen, Massachusetts. At all times relevant hereto, he was the deputy chief of police of the City of Methuen.

1

4. The City of Methuen is a duly chartered city located in Massachusetts with a principal place of business at 41 Pleasant Street, Methuen, Massachusetts.

5. The City Solicitor's position is a two-year appointment made by the City Council pursuant to the Home Rule Charter of the City of Methuen. Lariviere had been reappointed by the City Council ("the Council") in January of 2005.

6. Prior to that, Lariviere had served as City Solicitor for approximately 25 years, and has continuously been reappointed by numerous administrations.

7. The Mayor appoints employees of the City Solicitor's office. At all times relevant hereto, the Mayor of Methuen was Sharon Pollard ("the Mayor").

8. On October 4, 2004, Fulya Metin began working as a temporary employee with the City as an assistant to Lariviere.

9. In December 2004, Ms. Metin was offered and accepted a full time position with the City.

10. On February 16, 2005, Lariviere signed a resignation letter from his position as City Solicitor.

II. STATEMENT OF ISSUES TO BE TRIED

    A. Plaintiff's Issues for Trial

1. Whether Defendants improperly coerced Lariviere's resignation.

2. Whether Defendants constructively discharged or unlawfully terminated Lariviere.

3. Whether Defendants inflicted emotional distress on Lariviere.

4. Whether Defendants violated the Massachusetts Civil Rights Act.

5. Whether Defendants violated 42 U.S.C. §1983.

6. Whether the Defendants interfered with Lariviere's advantageous contractual relations.

7. Whether the defendants engaged in a conspiracy to commit an unlawful act.

8. Whether the defendants' conduct was extreme and outrageous.

9. Whether the defendants made misrepresentations or were deceitful or deceptive, to the detriment of Lariviere, resulting in his involuntary resignation.

10. Whether the defendants falsely imprisoned or otherwise acted toward Lariviere in violation of his Federal and State rights.

11. The type of investigation the City conducted with respect to the Metin complaint and subsequent events.

12. Whether Mr. Lariviere's alleged actions violated the City's sexual harassment policy or any laws.

13. The nature and extent of plaintiff's injuries and damages, including but not limited to lost wages, loss of pension and other benefits, and emotional distress and pain and suffering, caused by the defendants, if any.

B. <u>Defendant City of Methuen's Issues for Trial:</u>

1. Whether plaintiff's resignation from employment was voluntary?

2. What took place during the interview of plaintiff on February 16, 2004 after the videotape?

3. Was the conduct of plaintiff towards Ms. Metin consensual or unwanted?

4.  Did plaintiff engage in conduct which constituted indecent touching, such as touching the breasts, buttocks, abdomen, or pubic area of Metin?

5.  Had Ms. Metin decided to press charges for criminal conduct at the time of the interview/interrogation of plaintiff?

6.  When did Chief Solomon or Deputy Chief Alaimo become aware Ms. Metin did not want to press criminal charges against plaintiff?

7.  Whether the touching alleged and video evidence gave the police reasonable suspicion to detain the plaintiff for further investigation, and/or probable cause to prosecute the plaintiff for indecent assault?

8.  Whether the police conduct was objectively, legally reasonable under the circumstances?

9.  Whether the plaintiff can establish constructive discharge by showing working conditions "would have been so difficult or unpleasant that a reasonable person in the employee's shoes would have felt compelled to resign . . . [where] based on an objective assessment of the conditions under which the employee has asserted he was expected to work, it could be found they were so difficult as to be intolerable."?

10. Whether plaintiff can establish a property interest in continued employment required to sustain a Civil Rights action for violation of procedural due process where the plaintiff voluntarily surrendered his property interest by tendering his resignation, in essence waiving his procedural rights?

11. Whether there existed post-deprivation remedies to address any alleged deprivation of procedural due process which plaintiff failed to exhaust thus precluding a Civil Rights action?

12. Whether Plaintiff can prove the existence of a municipal custom, policy or practice which proximately caused the deprivation of his civil rights in order to impose liability upon the City of Methuen?

13. Whether Plaintiff suffered any compensable damages proximately caused by the Defendants, and if so the nature and extent of such damages?

14. Whether Plaintiff may recover for any claimed lost wages or income beyond two years from the date of his appointment to a two-year term as City Solicitor?

C.  Defendants Solomon and Alaimo Issues for Trial:

The defendants, Joseph Solomon and Joseph Alaimo, adopt the Issues for Trial of the defendant, City of Methuen, and propose the following additional Issues for Trial:

1. Whether Mr. Lariviere's alleged actions violated the City's sexual harassment policy or any laws.

2. The nature and extent of plaintiff's injuries and damages, including but not limited to lost wages, loss of pension and other benefits, and emotional distress and pain and suffering, caused by the defendants, if any.

3. Whether the defendants, Solomon and Alaimo, are entitled to qualified immunity.

4. Whether Mr. Lariviere's resignation was voluntary.

5. Whether Mr. Lariviere's contact with Fulya Metin constituted an indecent assault and battery or a sexual assault.

6. Whether or not the defendants, Solomon and Alaimo, can be held liable for constructive discharge and unlawful termination pursuant to G.L. c. 258, § 2?

7. Whether or not the plaintiff had a constitutionally-protected interest in continued employment to the position of City Solicitor?

8. Whether or not the plaintiff by waiving his right to a hearing pursuant to Section 9 of the Methuen Home Rule Charter waived his procedural rights and his alleged property right to his position as City Solicitor?

9. If the plaintiff has a constitutionally protected property interest, does it extend beyond February 2007, the length of his contract with defendant, City of Methuen?

10. Whether or not the plaintiff had an adequate post-deprivation remedy?

11. Whether or not the plaintiff was intentionally, unjustifiably confined by force or threat which caused harmed?

12. Whether or not the defendants, Joseph Solomon and Joseph Alaimo, made a misrepresentation of fact to the plaintiff that they knew was untrue and upon which the plaintiff relied to his detriment?

III. WITNESSES

  A. Plaintiff's Trial Witnesses:

1. Maurice Lariviere, 16 Sunridge Road, Windham, NH.

2. Joseph Solomon- 90 Hampshire St., Methuen, MA.

3. Joseph Alaimo- 90 Hampshire St., Methuen, MA.

4. William Manzi,III- 41 Pleasant St., Methuen, MA.

5. Peter McQuillan- 41 Pleasant St., Methuen, MA.

6. Fulya Metin- 558 New Highway, Apt. 1A, Hauppauge, NY; Secretary.

7. Michael Wnek- 90 Hampshire St., Methuen, MA.

8. Kristopher McCarthy- 90 Hampshire St., Methuen, MA.

9. Michael Hennessy- 9 Stevens St, Methuen, MA.

10. Randy Haggar- 90 Hampshire St., Methuen, MA.

11. Thomas Kelly- 41 Pleasant St., Methuen, MA.

12. Terry Lee Murphy- 41 Pleasant St., Methuen, MA.

13. Sharon Pollard, 5 East Street, Methuen, MA.

14. Michael Hatem. Methuen MA.

15. Emma Donnelly, 105 Winnacunnet Rd Hampton, NH.

16. Dorothy Kalil, Methuen, MA.

17. Steve Coburn, Sunridge Road, Windham NH.

18. Linda Gagnon, Renfrew Street, Methuen, MA.

19. David Bain, 138 Ferry Street, Lawrence, MA.

20. Christine Lariviere, 16 Sunridge Road, Windham, NH.

21. Maura Lariviere, 16 Sunridge Road, Windham, NH.

22. Cathryn Lariviere, 16 Sunridge Road, Windham, NH.

23. Thomas Lariviere, 16 Sunridge Road, Windham, NH.

24. John Molori, Methuen, MA.

25. Anthony Copani, Methuen, MA.

26. Melissa Metin, address unknown.

27. William Depardo, Methuen, MA.

28. Tina Touma-Conway, Methuen, MA.

29. Bruce McDougall, Methuen, MA.

30. Michelle Dragett, Methuen, MA.

31. Connie Sousa, Methuen, MA.

32. Diane Maciariello, Methuen, MA.

33. Lee Palimimer, Methuen, MA.

34. Dennis DiZoglio, Methuen, MA.

35. Brian Lief, Methuen, MA.

36. Brian McCarthy, Derry, NH.

Plaintiff further reserves the right to call any witness listed by any defendant.

B. Defendant City of Methuen's Trial Witnesses

The Defendant reserves the right to call any of the witnesses listed by the Plaintiff in this Memorandum during the Defendant's case-in-chief, and further expects to present the testimony of:

1. Fulya Metin- 558 New Highway, Apt. 1A, Hauppauge, NY

2. Michael Wnek- 90 Hampshire St., Methuen, MA

3. Joseph Solomon- 90 Hampshire St., Methuen, MA.

4. Joseph Alaimo- 90 Hampshire St., Methuen, MA

5. Kristopher McCarthy- 90 Hampshire St., Methuen, MA

6. John Molori, Methuen, MA.

    7. Linda Gagnon, Renfrew Street, Methuen, MA

    8. Tina Touma-Conway, Methuen, MA

    9. Connie Sousa, Methuen, MA

    10. Sharon Pollard, 5 East Street, Methuen, MA

    11. David Bain, 138 Ferry Street, Lawrence, MA.

    12. Kathryn "Toody" Healy, Methuen, MA

    13. William Depardo, Methuen, MA

    14. William Manzi, III- 41 Pleasant St., Methuen, MA

C. Defendants Solomon and Alaimo's Trial Witnesses

  1. Maurice Lariviere, 16 Sunridge Road, Windham, NH.

  2. Joseph Solomon- 90 Hampshire St., Methuen, MA.

  3. Joseph Alaimo- 90 Hampshire St., Methuen, MA.

  4. William Manzi, III- 41 Pleasant St., Methuen, MA.

  5. Peter McQuillan- 41 Pleasant St., Methuen, MA.

  6. Fulya Metin- 558 New Highway, Apt. 1A, Hauppauge, NY; Secretary.

  7. Michael Wnek- 90 Hampshire St., Methuen, MA.

  8. Kristopher McCarthy- 90 Hampshire St., Methuen, MA.

  9. Michael Hennessy- 9 Stevens St, Methuen, MA.

  10. Randy Haggar- 90 Hampshire St., Methuen, MA.

  11. Thomas Kelly- 41 Pleasant St., Methuen, MA.

  12. Terry Lee Murphy- 41 Pleasant St., Methuen, MA.

  13. Sharon Pollard, 5 East Street, Methuen, MA.

14. Michael Hatem. Methuen MA.

15. Emma Donnelly, 105 Winnacunnet Rd Hampton, NH.

16. Dorothy Kalil, Methuen, MA.

17. Steve Coburn, Sunridge Road, Windham NH.

18. Linda Gagnon, Renfrew Street, Methuen, MA.

19. David Bain, 138 Ferry Street, Lawrence, MA.

20. Christine Lariviere, 16 Sunridge Road, Windham, NH.

21. Maura Lariviere, 16 Sunridge Road, Windham, NH.

22. Cathryn Lariviere, 16 Sunridge Road, Windham, NH.

23. Thomas Lariviere, 16 Sunridge Road, Windham, NH.

24. John Molori, Methuen, MA.

25. Anthony Copani, Methuen, MA.

26. Melissa Metin, address unknown.

27. William Depardo, Methuen, MA.

28. Tina Touma-Conway, Methuen, MA.

29. Bruce McDougall, Methuen, MA.

30. Michelle Dragett, Methuen, MA.

31. Connie Sousa, Methuen, MA.

32. Diane Maciariello, Methuen, MA.

33. Lee Palimimer, Methuen, MA.

34. Dennis DiZoglio, Methuen, MA.

35. Brian Lief, Methuen, MA.

36. Brian McCarthy, Derry, NH.

37. Kathe Tuttman, address unknown.

38. Jack Dowley, address unknown.

IV.  EXPERT WITNESSES

The Parties will not be calling any expert witnesses in the trial of this case.


Plaintiff,                                                            Defendants
By his attorneys,                                               By their attorney

     /s/                                                                      /s/
_____        _____
Carmine W. DiAdamo                                    Gareth W. Notis
BBO#122960                                                  BBO# 637814
William H. DiAdamo                                     Morrison Mahoney LLP
BBO#558883                                                  250 Summer Street
DiAdamo Law Office LLP                            Boston, MA 02110
40 Appleton Way                                           617-737-8857
Lawrence, MA 01840
(978) 685-4271


Defendants                                                          Defendant
Solomon and Alaimo                                    City of Methuen
By their Attorney,                                          By their Attorney,

     /s/                                                                      /s/
_____        _____
Andrew Gambaccini                                     John J. Cloherty, III
BBO# 654690                                                 BBO# 566522
Reardon, Joyce & Ackerson, P.C.              Pierce, Davis & Perritano, LLP
397 Grove Street                                            Ten Winthrop Square
Worcester, MA 01605                                  Boston, MA 02110
508-754-7285                                                  617-350-0950


11