**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MAURICE LARIVIERE,

          Plaintiff,

v.                                                                    CIVIL ACTION NO.:
                                                                       05-11579-EFH

JOSEPH SOLOMON, Individually, and as
Chief of Police of the City of Methuen, JOSEPH
ALAIMO, Individually, and as Deputy Chief
of Police of the City of Methuen, and the CITY
OF METHUEN,

          Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER OF SEVERANCE**

December 21, 2007

HARRINGTON, S.D.J.

    The above-entitled case is set for trial on Monday, January 14, 2008 at 9:00 a.m.

    The Court severs the City of Methuen from the trial of this case at this time. The trial shall proceed against the Defendants Joseph Solomon and Joseph Alaimo only on Counts I, II, III, IV, V, VII, VIII, IX, and X.

    SO ORDERED.

                                        /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge