UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| JOSEPH SOLOMON, individually, and as | ) |
|    Chief of Police of the City of Methuen, and | ) |
| JOSEPH ALAIMO, individually, and as | ) |
|    Deputy of Police of the City of Methuen, and | ) |
| THE CITY OF METHUEN | ) |
| | ) |
| Defendants. | ) |

**PARTIES' PROPOSED EXHIBIT LIST**

Pursuant to this Court's Trial Order, the parties hereby submit their proposed Exhibit Lists.

I.      PLAINTIFF'S PROPOSED EXHIBITS

1. Emails exchanged between Lariviere and Metin - dates 11/29/04, 12/5/04, 1/8/05, 1/8/05, 1/22/05, 1/28/05, 2/1/05, 2/2/05

2. Methuen Home Rule Charter in effect in 2005

3. Methuen Municipal Code in effect 2005

4. Methuen Sexual Harassment Policy in effect 2005

5. Metin - Wnek Emails

6. Metin Statements dated 2/15/05 and 2/16/05

7. Wnek Statement (undated, on or about February 2005)

1

8. Wnek log of calls email sent 2/25/05

9. Lariviere Resignation Letter dated 2/16/05

10. Search Warrant dated 2/16/05 and Affidavit of Larry Phillips in Support

11. Wnek Memorandum 4/5/05 RE Lariviere File

12. Methuen City Council Meeting Minutes dated: 2/22/05,

13. Videotape of February 16, 2005, original

14. Audiotapes of February 16, 2005, original and enhanced

15. Order of Deputy Chief RE filing of evidence in the evidence room. GO04-18 8/31/04

16. Methuen Police Department rule of evidence 11.16

17. Methuen Police Department Policies and Procedures Manual

18. Drawings of Melissa Metin

19. Notes from Metin to Lariviere

20. Police reports of investigation

21. Metin Statement dated 2/16/05

22. MCAD Certification Memorandum, Metin vs Methuen and Lariviere, MCAD Docket No. 051300777, including Respondents' Legal Arguments, dated June 2006.

23. Anthony Capanelli Court Records 01CR1121 (CSH) USDC S.D. New York – United States of America vs Capanelli

24. Letters exchanged between Anthony Capanelli and Fulya Metin

25. Capanelli Letter to Charles Haight, Senior Judge

26. Metin Letter to Charles Haight dated 5/16/05.

27. Metin Statement of Claim

28. Metin Lump Sum Agreement

29. Metin Impartial Examination Report

30. Manzi Letter to Solomon dated April 11, 2007 RE Disciplinary Hearing

31. Methuen Documents relating to Solomon's Suspension

32. W2 forms for Lariviere for 2005 through 2007

33. Copies of employment applications and responses RE Maurice Lariviere

34. Methuen retirement system annual statement for Maurice Lariviere

35. Calculations of Lost Wages and Retirement

36. City of Methuen Budget for 2007-2008

37. Eagle Tribune Articles Dated as follows;

   a. 2005: 2/17, 2/18, 2/20, 2/21, 2/22, 2/23, 2/24, 2/25, 2/27, 3/2, 3/3, 3/5, 3/6, 3/8, 3/11, 3/16, 3/20, 3/31, 4/4, 4/14, 4/15, 4/16, 4/20, 4/22, 4/24, 4/28, 4/29, 4/30, 5/3, 5/4, 5/5, 5/6, 5/13, 5/17, 5/30, 6/2, 6/7, 6/8, 6/14, 6/19, 6/23, 7/3, 7/9, 7/13, 7/14, 8/1, 8/2, 8/18,

   b. 2006: 1/1, 2/7, 2/15, 2/23, 2/24, 4/17, 5/12, 5/17, 5/19, 5/26, 5/28, 7/12, 9/11, 9/14, 9/15, 9/20, 9/23, 10/11, 10/19, 10/24, 11/08, 11/22 11/24, 11/28, 11/30, 12/6, 12/31

   c. 2007: 1/21, 1/30, 2/8, 3/15, 3/16, 3/20, 3/21, 3/24, 3/25, 4/3, 4/12, 4/18, 4/14, 4/26, 5/7, 5/8, 5/9, 5/10, 5/22, 6/4, 6/13, 6/15, 6/24, 6/25, 6/28, 7/1, 7/30, 8/1, 8/3, 8/5, 8/10, 8/19, 8/23, 8/27, 8/29, 8/30, 8/31, 9/1, 9/3, 9/9, 9/10, 9/14, 9/17, 9/19, 9/24, 9/25, 9/27, 9/28, 9/29, 9/30, 10/2, 10/3, 10/4,

        10/10, 10/11, 10/14, 10/16, 10/17, 10/19, 10/24, 10/25, 10/27, 10/31, 11/1,

        11/5, 11/7, 11/8, 11/9, 11/17, 11/20, 11/21, 11/26, 12/6,

38. Valley Patriot Articles dated 2/9/07, 10/26/07

39. Boston Globe Articles dated 2/18/05, 2/27/05, 3/1/05, 3/17/05, 4/24/05, 5/22/05, 7/14/05, 1/9/06, 2/28/06, 10/1/06, 10/29/06, 3/15/07, 3/22/07, 4/22/07, 5/30/07, 6/7/07, 8/30/07, 9/9/07, 12/30/07

40. Minutes of Methuen City Council Meetings dated: 2/22/05, 3/2/05, 5/2/05, 5/16/05, 7/5/05, 8/1/05, 9/6/05, 12/5/05, 9/5/06, 12/4/06, 1/20/07, 1/16/07, 7/9/07, 8/6/07, 10/1/07, 10/15/07, 11/8/07, 11/19/07, 12/3/07

41. Chain of Custody documents for Video and Audio tapes

42. Evidence Collection Sheets dated 2/16/05

43. Solomon Civil Service Complaint

44. Solomon Complaint and Documents Essex Superior Court C.A. No. 2007-1749

45. Solomon Employment Contract

46. Methuen Documents Regarding Solomon suspension

47. Alaimo Complaint and Documents Essex Superior Court C.A. No. 2007-1750

48. Docket Sheet and Trial Court and Appeals Court Decision from Eagle Tribune v. Methuen, Essex Superior Court C.A. No. 2005-0523

49. Memorandum RE US Department of Justice Request for Repayment of Grant Money

    Plaintiff specifically reserves the right to offer any exhibit proposed by the

defendants.

## II. DEFENDANTS' PROPOSED EXHIBITS

1. Videotape of Interactions Between Maurice Lariviere and Fulya Metin on 2/16/05, full length version and excerpted version;

2. Audiotape of interview of Maurice Lariviere from 2/16/05;

3. City of Methuen Sexual Harassment Policy;

4. Neel Resignation Letter;

5. Bahan Investigation Report;

6. City of Methuen Home Rule Charter;

7. Metin Resume, Moore Staffing policies;

8. City of Methuen Payroll record – Hiring of Metin as Temporary Employee 10/21/04;

9. City of Methuen Payroll record – Hiring of Metin as Permanent Employee 12/27/04;

10. Forensic Computer Imprint of Assorted Porn Websites Accessed by Lariviere – 1/5/05- 2/7/05;

11. Lariviere's Verizon Cell Phone Records;

12. Email from Metin to Wnek 2/14/05;

13. Metin Written Statement to Methuen PD 2/15/05;

14. Lariviere Resignation Letter waiving hearing pursuant to Charter;

15. Fulya Metin Acknowledgment of Consent to Videotape;

16. Fulya Metin One Page Report describing events of 2/16/05;

17. 2/16/05 Michael Wnek Two Page Report About 2/16/05 taping;

18. Various poems and written comments signed by Fulya i.e. "I like Maurice";

19. Application for Search Warrant for Lariviere's Office;

20. Methuen PD Evidence Collection Sheet (3 pages) from Lariviere's office;

21. 2/17/05 Eagle Tribune Article – Methuen Solicitor Resigns;

22. 2/18/05 Letter from Eagle Tribune to Sharon Pollard, Freedom of Information Act Request from reporter, Jason Tait;

23. 2/18/05 Eagle Tribune Article – Clamp put on Solicitor Details

24. 2/20/05 Eagle Tribune Article – Solicitor Caught by Hidden Camera;

25. 2/21/05 Eagle Tribune Article – City Gears Up to Name Solicitor;

26. 2/22/05 Methuen City Council Minutes;

27. 2/23/05 Michael Wnek Report;

28. 2/23/05 Eagle Tribune Article – City Hires Interim Solicitor;

29. 2/25/05 Michael Wnek Email to Wnek re. Log of Cell Phone Calls to and from Metin;

30. 2/27/05 Eagle Tribune Article – Solicitor Subject of DA Probe;

31. 3/2/05 Eagle Tribune Article – Ousted Solicitor Paid $39K;

32. 3/3/05 Eagle Tribune Article – Conviction Would Jeopardize Pension;

33. 3/8/05 Letter from Brookline HR Director to Lariviere;

34. 3/20/05 Eagle Tribune Article – Solicitor Charges Hinge on Accuser.

35. 4/20/05 Affidavit of Kathe Tuttman in Eagle-Tribune Case;

36. 4/21/05 Methuen City Council Sub-Committee on City Solicitor Search – Meeting Note;

37. 5/16/05 Methuen City Council Sub-Committee on City Solicitor Search – Meeting Note (1 page);

38. 5/25/05 Methuen PD Memo, Sgt. Havey to Lt. Wnek – Documenting porn and gifts from Lariviere's Office;

39. 6/16/05 Methuen City Council Minutes;

40. 6/17/05 Memo from City Council to Mayor Pollard re. Appointment of Peter McQuillan to City Solicitor's Position;

41. 10/12/05 Letter from Lariviere to AG's Office – enc. Resume;

42. 1/1/06 Eagle Tribune Article – Andover Housing Authority;

43. 1/20/06 Letter from MA AG's Office to Lariviere;

44. 3/14/06 Letter from Lariviere to Attorney Ken Gilman – enc. Resume;

45. 5/19/06 Affidavit of Kristopher McCarthy in Eagle-Tribune Case;

46. 5/22/06 Acknowledgement by Peter McQuillan – Receipt of 3 VHS tapes, 1 DVD from Kristopher McCarthy;

47. Second Affidavit of Kathe Tuttman;

48. June, 2005 Correspondence From DiAdamo Law Office to City Officials.

The parties reserve the right to object to introduction of any of the above-listed exhibits.

The parties reserve the right to introduce any exhibits listed by another party.

Furthermore, the parties reserve the right to introduce any document produced during discovery for rebuttal or impeachment.

| | |
|---|---|
| Plaintiff, | Defendants |
| By his attorneys, | By their attorney |
| /s/ | /s/ |
| Carmine W. DiAdamo | Gareth W. Notis |
| BBO#122960 | BBO# 637814 |
| William H. DiAdamo | Morrison Mahoney LLP |
| BBO#558883 | 250 Summer Street |
| DiAdamo Law Office LLP | Boston, MA 02110 |
| 40 Appleton Way | 617-737-8857 |
| Lawrence, MA 01840 | |
| (978) 685-4271 | |

Defendants
Solomon and Alaimo
By their Attorney,

/s/

Andrew Gambaccini
BBO# 654690
Reardon, Joyce & Ackerson, P.C.
397 Grove Street
Worcester, MA 01605
508-754-7285