UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE,<br>　　　Plaintiff,<br><br>v.<br><br>JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN,<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**OBJECTIONS TO PLAINTIFFS' PROPOSED EXHIBITS OF DEFENDANTS, JOSEPH SOLOMON AND JOSEPH ALAIMO**

The defendants, Joseph Solomon and Joseph Alaimo, hereby object to the following trial exhibits proposed by the plaintiffs:

1. Plaintiff's proposed exhibit No. 1. Emails exchanged between Lariviere and Metin – dates 11/29/04, 12/5/04, 1/8/05, 1/8/05, 1/22/05 1/28/05, 2/1/05, 2/2/05. Hearsay, relevance.

2. Plaintiff's proposed exhibit No. 3. Methuen Municipal Code in effect 2005. Hearsay, relevance, not produced during discovery.

3. Plaintiff's proposed exhibit No. 15. Order of Deputy Chief. Relevance, not produced during discovery.

4. Plaintiff's proposed exhibit No. 18. Drawings of Melissa Metin. Relevance.

5. Plaintiff's proposed exhibit No. 20. Police reports of investigation. Vague, not produced during discovery.

6. Plaintiff's proposed exhibit No. 22. MCAD Certification Memorandum, including Respondents' Legal Arguments. Hearsay, relevance, opinion evidence, statements that call for legal conclusion, overly prejudicial.

7. Plaintiff's proposed exhibit No. 23. Anthony Capanelli Court Records. Relevance, hearsay, not produced during discovery.

8. Plaintiff's proposed exhibit No. 24. Letters exchanged between Capanelli and Metin. Hearsay, relevance.

9. Plaintiff's proposed exhibit No. 25. Capanelli Letter to Charles Haight, Senior Judge. Hearsay, relevance.

10. Plaintiff's proposed exhibit No. 26. Metin letter to Charles Haight, 5/16/05. Hearsay, relevance.

11. Plaintiff's proposed exhibit No. 27. Metin Statement of Claim. Hearsay, relevance, collateral source.

12. Plaintiff's proposed exhibit No. 28. Metin Lump Sum Agreement. Hearsay, relevance, collateral source.

13. Plaintiff's proposed exhibit No. 29. Metin Impartial Examination Report. Hearsay, relevance.

14. Plaintiff's proposed exhibit No. 30. Manzi letter to Solomon. Hearsay, relevance, overly prejudicial, remote, not produced during discovery.

15. Plaintiff's proposed exhibit No. 31. Methuen Documents relating to Solomon suspension. Hearsay, relevance, overly prejudicial, remote, not produced during discovery.

16. Plaintiff's proposed exhibit No. 32. Lariviere W2 forms. Relevance, collateral source.

17. Plaintiff's proposed exhibit No. 33. Employment applications. Hearsay, relevance.

18. Plaintiff's proposed exhibit No. 34. Methuen retirement statement for Lariviere. Relevance, collateral source.

19. Plaintiff's proposed exhibit No. 35. Calculation of Lost Wages and Retirement. Hearsay, relevance, collateral source, opinion evidence, opinion beyond expertise of witness, speculative.

20. Plaintiff's proposed exhibit No. 36. Methuen Budget for 2007-08. Relevance, not produced during discovery.

21. Plaintiff's proposed exhibit No. 37. Eagle Tribune Articles. Hearsay, relevance, remote, opinion evidence, remote, speculative, foundation, prejudicial, not produced during discovery.

22. Plaintiff's proposed exhibit No. 38. Valley Patriot Articles. Hearsay, relevance, remote, opinion evidence, remote, speculative, foundation, prejudicial, not produced during discovery.

23. Plaintiff's proposed exhibit No. 39. Boston Globe Articles. Hearsay, relevance, remote, opinion evidence, remote, speculative, foundation, prejudicial, not produced during discovery.

24. Plaintiff's proposed exhibit No. 40. Methuen City Council Minutes. Hearsay, relevance, remote, opinion evidence, remote, speculative, foundation, prejudicial, not produced during discovery.

25. Plaintiff's proposed exhibit No. 41. Chain of custody. Hearsay, relevance, remote.

26. Plaintiff's proposed exhibit No. 42. Evidence collection sheets. Vague, Hearsay, relevance.

27. Plaintiff's proposed exhibit No. 43. Solomon Civil Service Complaint. Hearsay, relevance, opinion evidence, statements that call for legal conclusion, overly prejudicial.

28. Plaintiff's proposed exhibit No. 44. Solomon Complaint and Documents from Essex Superior Court. Hearsay, relevance, opinion evidence, statements that call for legal conclusion, overly prejudicial.

29. Plaintiff's proposed exhibit No. 45. Solomon Employment Contract. Hearsay, relevance, opinion evidence, statements that call for legal conclusion, overly prejudicial.

30. Plaintiff's proposed exhibit No. 46. Methuen Documents regarding Solomon Suspension. Hearsay, relevance, opinion evidence, statements that call for legal conclusion, overly prejudicial.

31. Plaintiff's proposed exhibit No. 47. Alaimo Complaint and Documents from Essex Superior Court. Hearsay, relevance, opinion evidence, statements that call for legal conclusion, overly prejudicial.

32. Plaintiff's proposed exhibit No. 48. Docket sheet and Appeals Court Decision from Eagle Tribune Case. Hearsay, relevance, opinion evidence, statements that call for legal conclusion, overly prejudicial.

33. Plaintiff's proposed exhibit No. 49. Memorandum from US Dept. of Justice Request for Repayment of Grant Money. Hearsay, relevance, opinion evidence, statements that call for legal conclusion, overly prejudicial.

> The Defendants,
> Joseph Solomon and Joseph Alaimo
> By their Attorneys,
>
> */s/ Gareth W. Notis*
> Gareth W. Notis, BBO# 637814
> MORRISON MAHONEY LLP
> 250 Summer Street
> Boston, MA 02210-1181
> 617-439-7500

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the EFC System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 7th day of January, 2008.

> */s/ Gareth W. Notis*
> Gareth W. Notis