UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE,<br>    Plaintiff,<br>v.<br><br>JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SECOND SUPPLEMENTAL WITNESS LIST OF DEFENDANTS, JOSEPH SOLOMON AND JOSEPH ALAIMO**

In accordance with this Honorable Court's Revised Trial Order dated December 11, 2007, the defendants, Joseph Solomon and Joseph Alaimo, hereby submit the following list of witnesses to supplement their list of witnesses submitted in the parties Joint Stipulations, Statement of Issues and Witness List filed on December 7, 2007:

    1.    Bruce Brown, Lawrence, Massachusetts;

    2.    Gregory Gallant, Methuen, Massachusetts;

Respectfully Submitted,

| | |
|---|---|
| The Defendants,<br>**Joseph Solomon and Joseph Alaimo**<br>By their Attorneys, | The Defendants,<br>**Joseph Solomon and Joseph Alaimo**<br>By their Attorneys, |
| | |
| _/s/ Gareth W. Notis_<br>Gareth W. Notis - BBO #637814<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210 | _/s/ Andrew J. Gambaccini_<br>Andrew J. Gambaccini, BBO #: 654690<br>Reardon, Joyce & Akerson, P.C.<br>397 Grove Street<br>Worcester, MA |

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 11th day of January 2008.


*/s/ Gareth W. Notis*