UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE,<br>    Plaintiff,<br>v.<br><br>JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED QUESTIONS TO JURORS DURING VENIRE OF DEFENDANTS, JOSEPH SOLOMON AND JOSEPH ALAIMO**

The defendants, Joseph Solomon and Joseph Alaimo, hereby submit the following list of proposed questions to ask jurors during the impanelment process:

1. Have any of you or any of your family members been the subject of a criminal investigation by any law enforcement agency?

2. Have any of you or any of your family members been the victim of sexual harassment or gender discrimination?

3. Have any of you or any of your family members been the victim of a rape, sexual assault, indecent assault and battery or any crime involving sexual contact?

4. Do you have a negative or positive opinion about law enforcement personnel that will impact your ability to impartially view the evidence?

5. Judge Kathe M. Tuttman of the Massachusetts Superior Court is expected to be a witness in this trial, do any of you have a negative or positive opinion about coverage of her performance as a judge as reported in the media during recent months?

6. The facts of this matter have been covered and reported extensively in the media, namely in newspapers such as the Boston Globe, Valley Patriot, and Eagle-Tribune, have any of you or your family members heard anything about this case in the media?

7. Many of the witnesses are public figures. Have any of you or your family members heard anything about these public figures in the media?

Including:

a. Methuen Mayor William Manzi;

b. Methuen City Solicitor Peter McQuillian;

c. Former Methuen City Solicitor, Maurice Lariviere Jr.;

d. Former Methuen Mayor, Sharon Pollard;

e. Methuen Deputy Police Chief, Joseph Alaimo; and

f. Methuen Police Chief, Joseph Solomon.


Respectfully Submitted,

| The Defendants, | The Defendants, |
| --- | --- |
| **Joseph Solomon and Joseph Alaimo** | **Joseph Solomon and Joseph Alaimo** |
| By their Attorneys, | By their Attorneys, |
| | |
| */s/ Gareth W. Notis* | */s/ Andrew J. Gambaccini* |
| Gareth W. Notis - BBO #637814 | Andrew J. Gambaccini, BBO #: 654690 |
| Morrison Mahoney LLP | Reardon, Joyce & Akerson, P.C. |
| 250 Summer Street | 397 Grove Street |
| Boston, MA 02210 | Worcester, MA |
| 617-737-8857 | 508-754-7285 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the EFC System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 14th day of January, 2008.

/s/ *Gareth W. Notis*
Gareth W. Notis