UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11579EFH

| | |
|---|---|
| MAURICE LARIVIERE,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| JOSEPH SOLOMON, Individually, and as Chief of Police of the city of Methuen, JOSEPH ALAIMO, Individually and as Deputy Chief of Police of the City of Methuen, and THE CITY OF METHUEN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS OF DEFENDANTS, JOSEPH SOLOMON AND JOSEPH ALAIMO

The defendants, Joseph Solomon and Joseph Alaimo, hereby submit the following supplemental proposed Jury Instructions:

**Supplemental Request No. 1:** If you determine that the plaintiff resigned his position voluntarily, then he forfeited and waived any procedural due process rights he was afforded.

Stone v. Univ. of Md., 855 F2d 167 note 7 (4th Cir. 1999).

|  | Respectfully submitted, |
|---|---|
| The Defendants, | The Defendants, |
| **Joseph Solomon and Joseph Alaimo** | **Joseph Solomon and Joseph Alaimo** |
| By their Attorneys, | By their Attorneys, |
|  |  |
| */s/ Gareth W. Notis* | */s/ Andrew J. Gambaccini* |
| Gareth W. Notis - BBO #637814 | Andrew J. Gambaccini, BBO #: 654690 |
| Morrison Mahoney LLP | Reardon, Joyce & Akerson, P.C. |
| 250 Summer Street | 397 Grove Street |
| Boston, MA 02210 | Worcester, MA |
| (617)-737-8857 | (508) 754-7285 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the EFC System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 23rd day of January, 2008.

*/s/ Gareth W. Notis*
Gareth W. Notis