UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
MAURICE LARIVIERE,
          Plaintiff,

v.                                                         CIVIL ACTION NO.:
                                                           05-11579-EFH

JOSEPH SOLOMON, Individually, and as
Chief of Police of the City of Methuen, JOSEPH
ALAIMO, Individually, and as Deputy Chief
of Police of the City of Methuen,
          Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **VERDICT**

1.    Do you find that the Plaintiff Maurice Lariviere has established by a preponderance of the evidence that either of the Defendants interfered with a right of the Plaintiff secured by the Constitution or laws of the United States, namely, not to be deprived of a property interest without due process of law?

    Answer YES or NO as to each of the Defendants.

    JOSEPH SOLOMON                            _____NO_____

    JOSEPH ALAIMO                             _____NO_____

2.    Do you find that the Plaintiff Maurice Lariviere has established by a preponderance of the evidence that either of the Defendants interfered or attempted to interfere with a right of the Plaintiff secured by the Constitution or laws of the United States or the

Commonwealth of Massachusetts, namely, not to be deprived of a property interest without due process of law, and that such interference was by threat, intimidation or coercion?

Answer YES or NO as to each of the Defendants.

JOSEPH SOLOMON                              No

JOSEPH ALAIMO                               No

3. Do you find that the Plaintiff Maurice Lariviere has established by a preponderance of the evidence that either of the Defendants intentionally interfered with Plaintiff's contractual relationship with the City of Methuen?

Answer YES or NO as to each of the Defendants.

JOSEPH SOLOMON                              No

JOSEPH ALAIMO                               No

4. Do you find that the Plaintiff Maurice Lariviere has established by a preponderance of the evidence that either of the Defendants caused the intentional infliction of emotional distress on the Plaintiff?

Answer YES or NO as to each of the Defendants.

JOSEPH SOLOMON                              No

JOSEPH ALAIMO                               No

5. Do you find that the Plaintiff Maurice Lariviere has established by a preponderance of the evidence that either of the Defendants made a false statement of a material

fact to the Plaintiff, namely, in substance, that Metin would seek criminal charges against the Plaintiff if Plaintiff did not resign, but if Plaintiff did resign, she probably would not seek criminal charges against him, that the Defendants knew that statement was false or they made it with reckless disregard as to its truth or falsity; that the Defendants made the statement for the purpose of inducing the Plaintiff to act on it; that the Plaintiff relied on the statement as true and acted on it, and as a result of so acting the Plaintiff sustained damages?

Answer YES or NO as to each of the Defendants.

JOSEPH SOLOMON                                __NO__

JOSEPH ALAIMO                                __NO__

If you have answered YES to <u>any</u> of the Questions Nos. 1 through 5 as to <u>any</u> of the Defendants, answer Question No. 6.

6.     What amount of money do you find the Plaintiff Maurice Lariviere has established by a preponderance of the evidence to be necessary to compensate him for the harm you have found to have been proximately caused by the Defendant/Defendants.

$ __NONE__ *RJC* 1/24/08

If you have answered YES to Question No. 1 as to <u>any</u> of the Defendants, answer Question No. 7 with respect to the Defendant or Defendants as to whom you answered YES in Question No. 1.

7. If you decide to award punitive damages against either of the Defendants, indicate the amount of punitive damages as to <u>either or both</u> of the Defendants.

      JOSEPH SOLOMON                        $ _____NONE_____

      JOSEPH ALAIMO                            $ _____NONE_____

_1/24/08_  
Date

_[signature]_  
FOREPERSON