UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
MAURICE LARIVIERE,
           Plaintiff,

       v.                              CIVIL ACTION NO.:
                                          05-11579-EFH

JOSEPH SOLOMON, Individually, and as
Chief of Police of the City of Methuen, JOSEPH
ALAIMO, Individually, and as Deputy Chief
of Police of the City of Methuen, and the CITY
OF METHUEN,
           Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **JUDGMENT**

January 28, 2008

HARRINGTON, S.D.J.

      After trial, the Court enters judgment for the Defendants Joseph Solomon and Joseph Alaimo on Counts I, II, III, IV, V, VII, VIII, IX and X of Plaintiff's Second Amended Complaint.

      As a result of the entry of judgment for the Defendants Joseph Solomon and Joseph Alaimo, the Court enters judgment for the City of Methuen on Counts I, VI, VII, VIII, IX and X of Plaintiff's Second Amended Complaint.

      SO ORDERED.

                                                /s/ Edward F. Harrington
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge